

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00143-CV

| | | |
|---|---|---|
| Harry Bizios | § | From the 431st District Court |
| | § | of Denton County (14-01991-431) |
| v. | § | December 31, 2014 |
| Town of Lakewood Village, Texas | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Town of Lakewood Village, Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bob McCoy_____
    Justice Bob McCoy